UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DUANE GRANT, *et al.,* )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>THOMAS J. VILSACK, *et al.*, )<br>)<br>Defendants )<br>)<br>_____ ) | Case No.: 1:11-cv-00308-JDB |
| CENTER FOR FOOD SAFETY, *et al*., )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>THOMAS J. VILSACK, *et al.*, )<br>)<br>Defendants )<br>)<br>_____ ) | Case No.: 1:11-cv-00586-JDB |

## *CFS* PLAINTIFFS' REQUEST FOR ORAL HEARING

NOTICE is hereby given that *Center for Food Safety* Plaintiffs (*CFS* Plaintiffs) respectfully request an oral hearing on the issues raised in the cross motions for summary judgment and *CFS* Plaintiffs' Motion to Supplement the Administrative Record.

DATED: January 13, 2012     By:   /s/Paige M. Tomaselli

PAIGE M. TOMASELLI (*Pro Hac Vice*)
GEORGE A. KIMBRELL (*Pro Hac Vice*)
KATERYNA L. RAKOWSKY (*Pro Hac Vice*)
Center for Food Safety
303 Sacramento Street, 2nd Floor
San Francisco, CA 94111
T: (415) 826-2770 / F: (415) 826-0507
Emails: ptomaselli@icta.org
          gkimbrell@icta.org
          kateryna@icta.org

By: /s/ Khushi Desai

KHUSHI K. DESAI, D.C. Bar No. 984119
Earthjustice
1625 Massachusetts Ave., NW Suite 702
Washington, DC 20036
T: (202) 667-4500 / F: (202) 667-2356
Email:  kdesai@earthjustice.org

PAUL H. ACHITOFF (*Pro Hac Vice*)
Earthjustice
223 South King Street, Suite 400
Honolulu, Hawai'i 96813
T: (808) 599-2436 / F: (808) 521-6841
Email: achitoff@earthjustice.org

*Counsel for CFS Plaintiffs*