**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DUANE GRANT, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>THOMAS J. VILSACK, *et al.*, )<br>)<br>Defendants )<br>)<br>_____ ) | Case No.: 1:11-cv-00308-JDB |
| CENTER FOR FOOD SAFETY, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>THOMAS J. VILSACK, *et al.*, )<br>)<br>Defendants )<br>)<br>_____ ) | Case No.: 1:11-cv-00586-JDB |

**[PROPOSED] ORDER**

This matter comes before the Court on *CFS* Plaintiffs' Request for Oral Hearing. After consideration of this Request, it is hereby

ORDERED that *CFS* Plaintiffs' Request for Oral Hearing is GRANTED.

DATED:_____                    _____
                                     HON. JOHN D. BATES
                                     UNITED STATES DISTRICT JUDGE
                                     United States District Court for the District
                                     of Columbia

1